Balraj SINGH, Petitioner,

v.

Alberto R. GONZALES, Attorney General, Respondent.

No. 06–73598.

United States Court of Appeals, Ninth Circuit.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted March 12, 2007 *.

Filed March 16, 2007.

Hardeep Singh Rai, Rai & Associates, PC, San Francisco, CA, for Petitioner.

Ronald E. Lefevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Lindsay L. Chichester Fax, DOJ–U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: CANBY, TROTT and FISHER, Circuit Judges.

MEMORANDUM **

We have reviewed petitioner's response to this court's order to show cause. We conclude that this petition for review should be summarily denied because petitioner's second motion to reopen, filed more than two years after the final order of removal, violated both the numerical and time limitations on motions to reopen. *See* 8 C.F.R. § 1003.2(c)(2) (providing that a party may file only one motion to reopen proceedings and that motion must be filed within 90 days after the date on which a final administrative decision was filed).

**DENIED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.